SIMMONS ᴇᴛ ᴀʟ. *v.* SEELATSEE, CHAIRMAN OF
THE YAKIMA TRIBAL COUNCIL, ᴇᴛ ᴀʟ.

No. 1112.  Decided May 16, 1966.

*L. Frederick Paul* for appellants.

*James B. Hovis* for appellees Seelatsee et al.  *Solicitor General Marshall, Assistant Attorney General Weisl* and *Roger P. Marquis* for the United States.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motions to affirm are granted and the judgment is affirmed.

IZZO *v.* EYMAN, WARDEN.

No. 869, Misc.  Decided May 16, 1966.

Petitioner *pro se.*

*Darrell F. Smith,* Attorney General of Arizona, and *James S. Tegart,* Assistant Attorney General, for respondent.

Pᴇʀ Cᴜʀɪᴀᴍ.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted.  The judgment of the Supreme Court of Arizona is reversed. *Jackson* v. *Denno,* 378 U. S. 368.